■ In the Matter of A. U. PRODUCTS CORP., Respondent, and CHERRY VALLEY ASSOCIATES as Contract Vendee, Appellant, v BOARD OF ASSESSORS et al., Respondents. — Order of the Supreme Court, Nassau County, dated October 28, 1981, affirmed, with $50 costs and disbursements, on the opinion of Justice Farley at Special Term. Titone, J. P., Gibbons, Thompson and Niehoff, JJ., concur.

■ In the Matter of BARBARA B., Petitioner, v ANDREW M., Respondent, and the BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant. — In a proceeding pursuant to article 7 of the Family Court Act, the Board of Education of the City of New York appeals, by permission, from an order of the Family Court, Richmond County (Leddy, J.), dated May 18, 1981, which directed it to enroll the respondent in a school other than his zoned school. Appeal dismissed as moot, without costs or disbursements, because respondent has since moved into the zone in which he goes to school (see *Matter of Hearst Corp. v Clyne,* 50 NY2d 707). Titone, J. P., Gibbons, Thompson and Niehoff, JJ., concur.